UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO. 23-mj-8512-BER

UNITED STATES OF AMERICA

v.

ELON DWIGHT GARDINER,

Defendants.
_____/

FILED BY ___ D.C.
OCT 12 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney=s Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney=s Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes  X  No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __ Yes  X  No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Jonathan Bailyn*
Jonathan R. Bailyn, AUSA
Court ID No. A5502602
500 South Australian Ave, 4th Floor
West Palm Beach, Florida 33401
Phone: (561) 209-1050
jonathan.bailyn@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Elon Dwight Gardiner,<br><br>*Defendant(s)* | Case No. 23-mj-8512-BER |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 11, 2023__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(2) | Illegally Re-Entering the United States After Prior Deportation by an Aggravated Felon |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Rafael Moronta, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/11/2023

*Judge's signature*

City and state: West Palm Beach, Florida   Hon. Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rafael A. Moronta, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), in West Palm Beach, Florida, and have been since 2011. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 8, 18, 19, 21 and 31 of the United States Code. Before becoming a Special Agent, I was employed with the Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations, as an Immigration Enforcement Agent. I have conducted investigations involving human smuggling and their related criminal activity and have become familiar with the methods and schemes employed by individuals who smuggle persons or who have themselves illegally entered or reentered the United States.

2. This Affidavit is based upon my personal knowledge, as well as on information provided to me by other law enforcement officers and agencies. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include everything I know about this investigation. Rather, I have set forth only those facts necessary to establish probable cause to believe that on or about October 11, 2023, Elon Dwight GARDINER committed the offense of illegally re-entering the United States after deportation by an aggravated felon, in violation of Title 8, United States Code, Section 1326(a)(2) and (b)(2).

## PROBABLE CAUSE

4. On or about October 11, 2023, a Palm Beach County Sheriff's Office (PBSO) radar system detected a vessel, approximately 10 miles east of the Boynton Beach Inlet, headed westbound towards the United States coastline. At approximately 9:32 am, a PBSO Marine Enforcement Unit (MEU) began a maritime pursuit of the vessel until the vessel made landfall at or near Manalapan, Florida. Nine individuals, including GARDINER, absconded from the vessel, and law enforcement was

able to apprehend seven of them. The seven apprehended individuals were taken into custody and brought to the Border Patrol Station in West Palm Beach, Florida.

5. A review of U.S. immigration records revealed that GARDINER is a foreign national who had previously been deported and removed from the United States on December 30, 2022, and did not receive permission from the U.S. Attorney General or the Secretary of Homeland Security to apply for readmission to the United States. GARDINER also did not possess documentation to lawfully enter or reside in the United States.

6. During a post-*Miranda* interview by HSI Special Agents, GARDINER admitted that he had previously been deported from the United States, and that he had attempted to illegally reenter the United States to visit his family in Florida. GARDINER also admitted that he did not seek a legal pathway for migration into the United States, but said that "worst case they give me a reentry."

## CONCLUSION

7. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about October 11, 2023, GARDINER committed the offense of illegally reentering the United States after deportation by an aggravated felon, in violation of Title 8, United States Code, Section 1326(a)(2) and (b)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

RAFAEL A. MORONTA
Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to before me and signed in my presence this /2 day of October 2023.

THE HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 23-mj-8512-BER

### BOND RECOMMENDATION

DEFENDANT: Elon Dwight Gardiner

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: Jonathan Bailyn

AUSA: Jonathan Bailyn

Last Known Address: Bahamas

What Facility: Palm Beach County Jail

Agent(s): HSI SA Rafael Moronta
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)